374 A.2d 721

Laison, Appellant, v. Lehigh University.

Argued March 21, 1977. Michael Brodie, with him Pechner, Dorfman, Wolffe, Rounick and Cabot, for appellant; J. Freedley Hunsicker, Jr., with him Drinker, Biddle & Reath, for appellee.

Order affirmed.